

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00133-CV

**IN THE INTEREST OF N.P., JR.**, A.P., J.P., and J.V, Jr., Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02931
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED. We GRANT appellate counsel's request to withdraw. No costs of appeal are assessed because appellant is indigent.

SIGNED May 28, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice